LA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

2013 MAR 13 P 12: 09

Plaintiff(s),

v.                                          Case No.
                                            **13-C-0229**

Defendant(s).

---

### CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

In accordance with 28 U.S.C. §636(c) and Rule 73(b) of the Federal Rules of Civil Procedure, the undersigned counsel of record (or pro se litigant) consents to have

A.E. GOODSTEIN
~~U.S. MAGISTRATE JUDGE~~ conduct all proceedings in this case, including a bench or jury trial, and order the entry of final judgment.

Signed and dated this __12__ day of __March__, __2013__.

_/s/ Ryn Weschur_
Attorney for plaintiff (plaintiff pro se)          Attorney for defendant (defendant pro se)

---

**MAGISTRATE JUDGES DO NOT CONDUCT TRIALS IN FELONY CASES. ACCORDINGLY, IF THE PARTIES CONSENT TO THE EXERCISE OF JURISDICTION BY THE MAGISTRATE JUDGE, MAJOR CRIMINAL CASES WILL NOT INTERFERE WITH ITS SCHEDULING AND PROCESSING. IN ALL LIKELIHOOD, THEREFORE, A CONSENT WILL MEAN THAT THIS CASE WILL BE RESOLVED SOONER FOR THE PARTIES.**

---

### REFUSAL TO CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

In the event you are unwilling to consent, sign below.

Signed and dated this _____ day of _____, _____.

_____          _____
Attorney for plaintiff (plaintiff pro se)          Attorney for defendant (defendant pro se)

PLEASE SEE THE ORDER ON THE REVERSE SIDE FOR FURTHER INFORMATION. THIS FORM SHALL BE FILED WITH THE CLERK OF COURT WITHIN **TWENTY - ONE (21) DAYS** FROM ITS RECEIPT.